## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| G.M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) | |
| | ) | No. 11-cv-7225 |
| Plaintiff, | ) | |
| v. | ) ) | |
| ELM STREET CHIROPRACTIC LTD. and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

### JOINT FINAL STIPULATION TO DISMISS WITH PREJUDICE

The parties, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action as follows:

The parties stipulate to the dismissal of all of Plaintiff's claims in this action, with prejudice, with each party waiving the right to an appeal, and the parties each agreeing to bear their own costs and attorneys' fees. Rule 23(e) does not apply to this voluntary dismissal because no class was certified. Putative Class claims are dismissed without prejudice.

Dated: July 18, 2012

Respectfully submitted,

G.M. SIGN, INC.

By:    /s/ Brian Wanca
       One of the Attorneys for Plaintiff

       Brian Wanca
       Anderson & Wanca
       3701 Algonquin Road, Suite 760
       Rolling Meadows, Illinois 60008

ELM STREET CHIROPRACTIC LTD.

By: /s/  Alan B. Ronson
    Attorney for Defendant

    Alan B. Ronson
    Chuhak & Tecson
    30 South Wacker Drive, Suite 2600
    Chicago, Illinois  60606

1

## <u>CERTIFICATE OF SERVICE</u>

I, Brian J. Wanca, an attorney, hereby certify that on July 18, 2012, I electronically filed the foregoing **Joint Stipulation to Dismiss with Prejudice** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

/s/ Brian J. Wanca